FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Joe Kenneth Holt, JR.<br><br>        Defendant. | Case No. 2:17-MJ-677<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

    On arrest warrant issued by the United States District Court for the District of Arizona involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    ( ✓ ) the appearance of defendant as required; and/or

        B.    ( ✓ ) the safety of any person or the community.

///
///
///
///
///

```
 1      2.   The Court concludes:
 2           A.   (✓)  Defendant has failed to demonstrate by clear and
 3                     convincing evidence that he is not likely to pose
 4                     a risk to the safety of any other persons or the
 5                     community.  Defendant poses a risk to the safety
 6                     of other persons or the community based on:
 7                     _____
 8                     _____
 9                     _____
10                     _____
11                     _____
12           B.   (✓)  Defendant has failed to demonstrate by clear and
13                     convincing evidence that he is not likely to flee
14                     if released.  Defendant poses a flight risk based
15                     on: _____
16                     _____
17                     _____
18                     _____
19                     _____
20
21           IT IS ORDERED that defendant be detained.
22
23      DATED:  3/29/17
24
25                                      _____
                                        HONORABLE JACQUELINE CHOOLJIAN
26                                      United States Magistrate Judge
27
28
```